AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 1 8 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## for the
### District of __NEVADA__

United States of America )
v. ) Case No. 3:13-CR-0027-RCJ-WGC
)
SAMUEL PHOMPADITH )
*Defendant* )

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Bruce R. Thompson Courthouse & Federal Building<br>400 S. Virginia Street<br>Reno, Nevada 89501<br>Honorable Valerie P. Cooke, U.S. Magistrate Judge |
|---|---|
| Courtroom No.: | 1 - 4th Floor |
| Date and Time: | **March 20, 2013** at **3:00 p.m.** |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Mar 18, 2013

*Judge's signature*

VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

*Printed name and title*