```
                FILED              RECEIVED
                ENTERED            SERVED ON
                        COUNSEL/PARTIES OF RECORD

                        MAR 2 2 2013

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
                BY:                         DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:13-CR-0027-RGJ-WGC |
| Plaintiff, | **ORDER** |
| vs. | |
| SAMUEL PHOMPADITH, | |
| Defendants. | |

On March 20, 2013, the defendant was seen before this Court and ordered released on a personal recognizance bond once a bed becomes available at an in-patient treatment facility.

The Court has been informed by the Pretrial Services Officer that as of today's date a bed is available for the defendant at New Frontier in Fallon, Nevada.

Therefore, the defendant is ordered released from custody on **Friday, March 22, 2013 at 6:00 p.m.**, to the custody of Tony Dunbar of the Federal Public Defender's Office for immediate transport to New Frontier in Fallon, Nevada.

**IT IS SO ORDERED.**

DATED: March 22, 2013.

_____
VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE